**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

AmTrust International Underwriters Limited

                             Plaintiff,

v.                                                    Case No.:
                                                     1:13−cv−04185

                                                     Honorable Charles R. Norgle Sr.

Cornhusker RBM, LLC, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 19, 2013:

      MINUTE entry before the Honorable Charles R. Norgle: The next Agreed Written Status Report is due 12/29/2014. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.