**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

AmTrust International Underwriters Limited

                         Plaintiff,

v.                                                 Case No.: 1:13−cv−04185

                                                 Honorable Charles R. Norgle Sr.

Cornhusker RBM, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2014:

      MINUTE entry before the Honorable Charles R. Norgle: Defendants' response to Plaintiff's Motion for Leave to File its First Amended Complaint [17] is due on or before 7/18/2014. Plaintiff's reply is due on or before 8/1/2014. The parties are not required to appear on Friday, June 20, 2014. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.